# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Laidig et al. v. GreatBanc et al.   Case Number: 1:22-cv-1296

An appearance is hereby filed by the undersigned as attorney for:
Paul Laidig, Peter Lewis, and Michael Robbins

Attorney name (type or print): Amit Bindra

Firm: The Prinz Law Firm, P.C.

Street address: 1 E. Wacker Drive, Suite 2500

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6308593
(See item 3 in instructions)

Telephone Number: 312-241-1305

Email Address: abindra@prinz-lawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____
In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/10/22

Attorney signature: S/ Amit Bindra
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015