## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Paul Laidig, et al.

                                      Plaintiff,

v.                                                               Case No.: 1:22–cv–01296
                                                              Honorable LaShonda A. Hunt

GreatBanc Trust Company, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons set forth in the accompanying order and statement, Plaintiffs' motion for preliminary approval of partial class action settlement [256] is granted and the objections of Defendants Berkshire Fund VI, Limited Partnership [264] and GreatBanc Trust Company [265] are overruled. Plaintiffs are ordered to submit a revised proposed order to proposed_order_hunt@ilnd.uscourts.gov by 5/9/25. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.