## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Paul Laidig, et al.
                                                 Plaintiff,

v.                                                                     Case No.: 1:22−cv−01296
                                                                    Honorable LaShonda A. Hunt

GreatBanc Trust Company, et al.
                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the proposed order submitted by the Settling Parties pursuant to its 5/2/25 minute entry [300] and made minor, non−substantive modifications. Enter Order Preliminarily Approving Partial Class Action Settlement, Approving Procedure and Form of Notice, and Schedule Final Approval Hearing. Final Approval Hearing set for 8/12/25 at 10:15AM in Courtroom 1425. Class Members may appear in person or telephonically by dialing: 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Class Counsel's Application for Attorneys' Fees and Costs, Administrative Expenses, and Service Awards to the Named Plaintiffs is due by 7/8/25. Papers in support of Final Approval of the Settlement Agreement (and in response to any written objections) are due by 7/29/25. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.