[1]UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Paul Laidig, Peter Lewis, and Derek Kemp,

     Plaintiffs,

v.

GreatBanc Trust Company, Berkshire Fund VI, Limited Partnership, John G. Brunner, John G. Brunner Revocable Trust dated 06-09-1992, John and Janell Brunner Family Trust Dated May 27, 2020, Gerald Bowe, Jane Brock-Wilson, Gregory Delaney, Gerald Greiman, Sharlyn C. Heslam, Edward Kolodzieski, Lawrence J. LeGrand, Spencer Murray, Rich Koulouris, Keith Grypp, Scott Mekus, VJCS Holdings, Inc., Vi-Jon, Inc., and VJ Holding Corp.,

     Defendants.

Case No. 1:22-cv-01296

/

### DEFENDANTS GERALD BOWE, JANE BROCK-WILSON, GEORGE DELANEY, SHARLYN C. HESLAM, EDWARD KOLODZIESKI, AND SPENCER MURRAY'S AMENDED OPPOSED MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants Gerald Bowe, Jane Brock-Wilson, George Delaney, Sharlyn C. Heslam, Edward Kolodzieski, and Spencer Murray (collectively "Movants"), by and through undersigned counsel, move, opposed, pursuant to Federal Rule of Civil Procedure 12(b)(6), and ask the Court to dismiss with prejudice Count III of plaintiffs' Second Amended Complaint.

Plaintiffs allege to be participants in the Vi-Jon Employee Stock Ownership Plan (the "Vi-Jon ESOP"). Plaintiffs allege that in 2020, the ESOP's trustee, defendant GreatBanc Trust

---

[1] Sharlyn Heslam is now known as Sharlyn Musslewhite.

Company ("GreatBanc"), caused the ESOP to acquire 100% of the stock of VJCS Holdings, Inc. ("Vi-Jon") from its former shareholders for more than adequate consideration. In connection with the ESOP transaction, plaintiffs bring a single claim against the Movants, along with others, under the Employee Retirement Income Security Act of 1974 (ERISA). Plaintiffs allege that GreatBanc caused the Vi-Jon ESOP to enter into the ESOP transaction in violation of ERISA's prohibited transaction rules in ERISA § 406(a), and that the Movants, along with certain other entities and directors of a different entity, should be liable to plaintiffs for "appropriate equitable relief" under ERISA § 405(a) for allegedly breaching their fiduciary duties to the ESOP.

Plaintiffs' claim against the Movants must be dismissed for several reasons:

1. Plaintiffs fail to state a claim against the Movants because the Second Amended Complaint employs an impermissible pleading practice that lumps multiple, disparately situated individuals together without distinguishing amongst them;

2. Plaintiffs fail to state a plausible claim against the Movants for the additional reason that a document referenced in the Complaint and central to Plaintiffs' claims shows that the Movants were not indeed fiduciaries, the Court can consider that document on a motion to dismiss for failure to state a claim, and that document contradicts and negates Plaintiffs' conclusory allegation that the Movants were fiduciaries of the ESOP and had a duty to monitor GreatBanc; and

3. Plaintiffs fail to state a plausible claim against the Movants for the additional reason that the Second Amended Complaint fails to include any allegations of fact concerning the Movants' knowledge, which is an element of their only claim against the Movants.

Therefore, for the reasons stated in the accompanying memorandum of law, Movants move to dismiss this lawsuit with prejudice under Federal Rules of Civil Procedure 12(b)(6).

## MEET AND CONFER CERTIFICATION

Counsel for Movants conferred with counsel for Plaintiffs concerning the relief sought in this motion and counsel for Plaintiffs advised that they oppose the relief sought herein. The parties have conferred regarding a briefing schedule and propose that Plaintiffs' opposition to the Motion to Dismiss is due by July 3, 2025, and Movants' reply in support of the Motion to Dismiss is due by July 31, 2025.

Dated: June 6th, 2025                                Respectfully submitted,

/s/     *J. Christian Nemeth*_____
MCDERMOTT WILL & EMERY LLP
Theodore M. Becker
J. Christian Nemeth
444 W. Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  *tbecker@mwe.com*
Email:  *jcnemeth@mwe.com*

*Counsel for Defendants Gerald Bowe, Jane Brock-Wilson, George Delaney, Sharlyn C. Heslam, Edward Kolodzieski, and Spencer Murray*

## CERTIFICATE OF SERVICE

I, J. Christian Nemeth, hereby certify that on June 6th, 2025, I caused the foregoing to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/     *J. Christian Nemeth*_____
J. Christian Nemeth