# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Paul Laidig, Peter Lewis, and Derek Kemp, as representatives of a class of similarly situated persons, and on behalf of the Vi-Jon Employee Stock Ownership Plan, | Case No. 1:22-cv-01296 |
| | Hon. LaShonda A. Hunt |
| Plaintiffs, | Hon. Heather K. McShain |
| v. | |
| GreatBanc Trust Company, Berkshire Fund VI, Limited Partnership, John G. Brunner, John G. Brunner Revocable Trust dated 06-09-1992, John and Janell Brunner Family Trust Dated May 27, 2020, Gerald Bowe, Jane Brock-Wilson, Gregory Delaney, Gerald Greiman, Sharlyn C. Heslam, Edward Kolodzieski, Lawrence J. LeGrand, Spencer Murray, Rich Koulouris, Keith Grypp, Scott Mekus, VJCS Holdings, Inc., Vi-Jon, Inc., and VJ Holding Corp., | |
| Defendants. | |

## THE VI-JON DEFENDANTS' OPPOSED AMENDED MOTION TO DISMISS

Defendants Rich Koulouris ("Koulouris"), Keith Grypp ("Grypp"), and Scott Mekus ("Mekus") (the "VJHC Board Defendants"), and Vi-Jon, Inc.[1], VJCS Holdings, Inc. and VJ Holding Corp.[2] (the "Vi-Jon Entity Defendants"), (collectively the "Vi-Jon Defendants") respectfully submit this Amended Opposed Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 274). The Second Amended Complaint purports to assert a single claim (at Count III) against the Vi-Jon Defendants for co-fiduciary liability under ERISA § 405, 29 U.S.C.

---

[1] Vi-Jon, Inc. is now Vi-Jon, LLC.

[2] Through a series of mergers, both VJCS Holdings, Inc. and VJ Holding Corp. merged into the entity now known as Emprise Group, Inc.

1

§ 1105. Plaintiffs' pleading fails to allege sufficient facts to state a viable claim against the Vi-Jon Defendants for co-fiduciary liability. Pursuant to Local Rule 7.2, the Vi-Jon Defendants are contemporaneously filing their memorandum in support of this motion.

## MEET AND CONFER CERTIFICATION

Counsel for the Vi-Jon Defendants conferred with counsel for Plaintiffs concerning the relief sought in this motion and counsel for Plaintiffs advised that they oppose the relief sought herein. The parties have conferred regarding a briefing schedule and propose that Plaintiffs' opposition to the Motion to Dismiss is due by July 3, 2025, and Movants' reply in support of the Motion to Dismiss is due by July 31, 2025.

WHEREFORE, the Vi-Jon Defendants respectfully request the Court dismiss Plaintiffs' claim against them and award any and all other appropriate relief.

This 6th day of June, 2025.

By: */s/ Katelyn W. Harrell*
W. Bard Brockman
Katelyn W. Harrell
BRYAN CAVE LEIGHTON PAISNER, LLP
1201 W. Peachtree St. NW
One Atlantic Center, 14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
bard.brockman@bclplaw.com
katelyn.harrell@bclplaw.com


Zeke Katz
BRYAN CAVE LEIGHTON PAISNER, LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
zeke.katz@bclplaw.com

*Attorneys for Defendants Rich Koulouris, Keith Grypp, Scott Mekus, Vi-Jon, Inc., VJCS Holdings, Inc., and VJ Holding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2025, a copy of the foregoing **THE VI-JON DEFENDANTS' OPPOSED AMENDED MOTION TO DISMISS** was filed with the Court's CM/ECF system, which provides notice to all counsel of record via electronic mail.

/s/ Katelyn W. Harrell
Katelyn W. Harrell
BRYAN CAVE LEIGHTON PAISNER, LLP
1201 W. Peachtree St. NW
One Atlantic Center, 14th Floor
Atlanta, Georgia 30309
katelyn.harrell@bclplaw.com

*Attorney for Defendants Rich Koulouris, Keith Grypp, Scott Mekus, Vi-Jon, Inc., VJCS Holdings, Inc., and VJ Holding Corp.*

4