## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PAUL LAIDIG, PETER LEWIS, *et al.*, | ) | |
| | ) | Case No.: 1:22-cv-01296 |
| Plaintiffs, | ) | |
| | ) | Hon. LaShonda A. Hunt |
| v. | ) | |
| | ) | Hon. Heather K. McShain |
| GREATBANC TRUST COMPANY, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS LARRY LEGRAND AND GERALD GREIMAN'S OPPOSED MOTION TO DISMISS

Plaintiffs have asserted one claim against defendants Larry LeGrand ("LeGrand") and Gerald Greiman ("Greiman") under § 502(a)(3) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, *et seq.* ("ERISA") in connection with a series of transactions that established an employee stock ownership plan for employees of a Vi-Jon entity. LeGrand and Greiman respectfully move to dismiss Plaintiffs' claim against them with prejudice under Federal Rule of Civil Procedure 12(b)(1) and (6) because Plaintiffs have not alleged facts to support the allegation that either LeGrand or Greiman were fiduciaries for the plan at issue in the complaint. Pursuant to Local Rule 7.1, LeGrand and Greiman are contemporaneously filing their brief supporting this motion.

Defendants conferred with Plaintiffs, and Plaintiffs have indicated that they oppose Greiman and LeGrand's motion to dismiss. The parties also conferred regarding a briefing schedule and propose the following agreed upon briefing schedule:

- Response to Greiman and LeGrand's Motion to Dismiss due: **July 3, 2025**

- Reply In Support of Motion to Dismiss due: **July 21, 2025.**

DMS_US.371469771.4

WHEREFORE, LeGrand and Greiman respectfully request this Court dismiss Plaintiffs' claim against them and award all other appropriate relief.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

DATE:  June 6, 2025

  /s/ *Richard J. Pearl*
Richard J. Pearl
320 S. Canal St., Suite 3300
Chicago, Illinois 60606
Telephone: (312) 569-1000
rick.pearl@faegredrinker.com

Stephanie L. Gutwein
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
stephanie.gutwein@faegredrinker.com

2

3

## CERTIFICATE OF CONFERRAL

I hereby certify that I met and conferred with counsel for plaintiffs regarding Greiman and LeGrand's motion to dismiss prior to filing.

/s/ Richard J. Pearl

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically on June 6, 2025, and is being served via the court filing system on all parties registered in the above-captioned matter.

/s/ Richard J. Pearl

DMS_US.371469771.4