# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Paul Laidig, Peter Lewis, and Derek Kemp, as representatives of a class of similarly situated persons, and on behalf of the Vi-Jon Employee Stock Ownership Plan,<br><br>Plaintiffs,<br>v.<br><br>GreatBanc Trust Company, et al.,<br><br>Defendants. | Case No. 1:22-cv-01296<br><br>Hon. LaShonda A. Hunt<br><br>Hon. Heather K. McShain<br><br>**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR ATTORNEYS' FEES, COSTS, ADMINISTRATIVE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Paul David Laidig, Peter Lewis, and Derek Kemp ("Plaintiffs") respectfully move the Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $333,333.33; (2) reimbursement of $70,538.67 in litigation and settlement administration expenses; and (3) class representative service awards in the amount of $5,000 to each of the named Plaintiffs ($15,000 total).

This <u>unopposed</u> motion is made pursuant to Federal Rule of Civil Procedure 23 and Article VI of the Class Action Settlement Agreement (ECF No. 258-1) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Brock J. Specht and exhibits attached thereto, the Declaration of Gregory Y. Porter, and all files, records, and proceedings in this matter.

1

Dated: July 8, 2025

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Paul J. Lukas
Brock J. Specht (pro hac vice)
Patricia C. Dana (pro hac vice)
Laura A. Farley (pro hac vice)
Benjamin Bauer (pro hac vice)
Daniel P. Suitor (pro hac vice)
Elizabeth M. Binczik (pro hac vice)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
pdana@nka.com
lfarley@nka.com
bbauer@nka.com
dsuitor@nka.com
ebinczik@nka.com

**BAILEY & GLASSER, LLP**

Patrick O. Muench
Gregory Y. Porter (*pro hac vice*)
Ryan Jenny
1055 Thomas Jefferson Street NW
Suite 540
Washington, D.C. 20007
Telephone: (202) 463-2101
pmuench@baileyglasser.com
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 8, 2025                                                           s/Brock J. Specht
                                                                                        Brock J. Specht