**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Paul Laidig, Peter Lewis, and Derek Kemp, as representatives of a class of similarly situated persons, and on behalf of the Vi-Jon Employee Stock Ownership Plan, <br><br>            Plaintiffs, <br><br> v. <br><br> GreatBanc Trust Company, et al., <br><br>            Defendants. | Case No. 1:22-cv-01296 <br><br> Hon. LaShonda A. Hunt <br><br> Hon. Heather K. McShain <br><br> **PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR FINAL APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Paul David Laidig, Peter Lewis, and Derek Kemp ("Plaintiffs") respectfully move the Court for an Order granting final approval of the Partial Class Action Settlement Agreement (Dkt. 258-1), as amended (Dkt. 302-1).

This <u>unopposed</u> motion is made pursuant to Federal Rule of Civil Procedure 23(e), this Court's Preliminary Approval Order dated May 13, 2025 (Dkt. 311), and Paragraph 2.4 of the Class Action Settlement Agreement, and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Brock J. Specht and exhibits attached thereto, the Declaration of Bryn Bridley and exhibits attached thereto, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion.

1

Dated: July 29, 2025

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Paul J. Lukas
Brock J. Specht (*pro hac vice*)
Patricia C. Dana (*pro hac vice*)
Laura A. Farley (*pro hac vice*)
Benjamin Bauer (*pro hac vice*)
Daniel P. Suitor (*pro hac vice*)
Elizabeth M. Binczik (*pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
pdana@nka.com
lfarley@nka.com
bbauer@nka.com
dsuitor@nka.com
ebinczik@nka.com

**BAILEY & GLASSER, LLP**

Patrick O. Muench
Gregory Y. Porter (*pro hac vice*)
Ryan Jenny
1055 Thomas Jefferson Street NW
Suite 540
Washington, D.C. 20007
Telephone: (202) 463-2101
pmuench@baileyglasser.com
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 29, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 29, 2025

<u>s/Brock J. Specht</u>
Brock J. Specht