**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Paul Laidig, et al().

                               Plaintiff,

v.                                                        Case No.: 1:22−cv−01296
                                                        Honorable LaShonda A. Hunt

GreatBanc Trust Company, et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic and in−person motion and status hearing held. As stated on the record, Plaintiffs' motions for attorney fees, costs, administrative expenses and class representative service awards [363] and motion for final approval of partial class action settlement [374] are granted. Enter Orders. Defendants' motions to dismiss [337] and [339] remain under advisement. The Court will endeavor to rule within the next 60 days. By 8/15/25, Counsel shall file a stipulation of dismissal as to any Defendant that should be dismissed now that the partial class action settlement has been finally approved. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.