UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Paul Laidig, Peter Lewis, and Derek Kemp, as representatives of a class of similarly situated persons, and on behalf of the Vi-Jon Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>GreatBanc Trust Company, Berkshire Fund VI, Limited Partnership, John G. Brunner, John G. Brunner Revocable Trust dated 06-09-1992, John and Janell Brunner Family Trust Dated May 27, 2020, Gerald Bowe, Jane Brock-Wilson, Gregory Delaney, Gerald Greiman, Sharlyn C. Heslam, Edward Kolodzieski, Lawrence J. LeGrand, Spencer Murray, Rich Koulouris, Keith Grypp, Scott Mekus, VJCS Holdings, Inc., Vi-Jon, Inc., and VJ Holdings Corp.,<br><br>Defendants. | Case No. 1:22-cv-1296<br><br>Hon. LaShonda A. Hunt<br><br>Hon. Heather K. McShain |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, and the Court's request during the August 12, 2025 hearing on Plaintiffs' Motion for Final Approval of Partial Class Settlement (Dkt. No. 374), Plaintiffs Paul Laidig, Peter Lewis, and Derek Kemp ("Plaintiffs"), and Defendants John G. Brunner, John G. Brunner Revocable Trust dated 06-09-1992, and John and Janell Brunner Family Trust Dated May 27, 2020 ("Brunner Defendants"), through respective undersigned counsel, stipulate that all claims asserted against the Brunner Defendants shall be dismissed with prejudice

1

as against the Brunner Defendants, with attorneys' fees and costs to be paid as indicated in the parties' settlement agreement.

Plaintiffs and the Brunner Defendants request that this Court enter an order dismissing the claims against the Brunner Defendants with prejudice.

DATE: August 13, 2025

Respectfully Submitted,

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Paul J. Lukas
Brock J. Specht (*pro hac vice*)
Patricia C. Dana (*pro hac vice*)
Laura A. Farley (*pro hac vice*)
Benjamin Bauer (*pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
pdana@nka.com
lfarley@nka.com
bbauer@nka.com

**BAILEY & GLASSER, LLP**

Patrick O. Muench
Gregory Y. Porter (*pro hac vice*)
Ryan Jenny
Laura Babiak (*pro hac vice*)
1055 Thomas Jefferson Street NW
Suite 540
Washington, D.C. 20007
Telephone: (202) 463-2101
pmuench@baileyglasser.com
gporter@baileyglasser.com
rjenny@baileyglasser.com
lbabiak@baileyglasser.com

*Attorneys for Plaintiffs*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/Richard J. Pearl*
Richard J. Pearl
320 S. Canal St., Suite 3300
Chicago, Illinois 60606
Telephone: (312) 569-1000
Email: rick.pearl@faegredrinker.com

Stephanie L. Gutwein
Margaret L. Kieffer
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: 317-237-0300
Email: stephanie.gutwein@faegredrinker.com
    maggie.kieffer@faegredrinker.com

John W. Fogarty
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Phone: 212-248-3245
Email: john.fogarty@faegredrinker.com

*Attorneys for Defendants John G. Brunner, John G. Brunner Revocable Trust dated 06-09-1992, and John and Janell Brunner Family Trust Dated May 27, 2020*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed electronically on August 13, 2025, and is being served via the court filing system on all parties registered in the above-captioned matter.

                                                s/Brock J. Specht
                                                Brock J. Specht