**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Paul Laidig, Peter Lewis, and Derek Kemp, as representatives of a class of similarly situated persons, and on behalf of the Vi-Jon Employee Stock Ownership Plan,<br><br>               Plaintiffs,<br><br>v.<br><br>GreatBanc Trust Company, et al.,<br><br>               Defendants. | Case No. 1:22-cv-01296<br><br>Hon. LaShonda A. Hunt<br><br>Hon. Heather K. McShain<br><br>**NOTICE OF PRESENTMENT OF <u>UNOPPOSED</u> MOTION TO WITHDRAW PAUL J. LUKAS AS COUNSEL OF RECORD** |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiffs shall appear before the Honorable LaShonda A. Hunt or any judge sitting in her stead on **November 4, 2025** at **10:00 a.m. (Central)** in Courtroom 1425 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present Plaintiffs' <u>Unopposed</u> Motion to Withdraw Paul J. Lukas as Counsel of Record in the above-captioned matter, a copy of which is served via the Court's CM/ECF system.

1

Dated: October 21, 2025

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Paul J. Lukas
Brock J. Specht (*pro hac vice*)
Patricia C. Dana (*pro hac vice*)
Laura A. Farley (*pro hac vice*)
Benjamin Bauer (*pro hac vice*)
Elizabeth M. Binczik (*pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
pdana@nka.com
lfarley@nka.com
bbauer@nka.com
ebinczik@nka.com

**BAILEY & GLASSER, LLP**

Patrick O. Muench
Gregory Y. Porter (*pro hac vice*)
Ryan Jenny
Laura Babiak (*pro hac vice*)
1055 Thomas Jefferson Street NW
Suite 540
Washington, D.C. 20007
Telephone: (202) 463-2101
pmuench@baileyglasser.com
gporter@baileyglasser.com
rjenny@baileyglasser.com
lbabiak@baileyglasser.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Brock J. Specht
Brock J. Specht
